UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JERRY L. WRIGHT, | ) | CASE NO. C07-0952-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING IN FORMA |
| | ) | PAUPERIS APPLICATION AND |
| KING COUNTY REGIONAL JUSTICE CENTER, et al., | ) | DISMISSING CASE |
| | ) | |
| Defendants. | ) | |

Plaintiff filed a complaint and an application to proceed in forma pauperis on June 19, 2007. The court found plaintiff's complaint deficient and directed him to file an amended complaint no later than July 23, 2007, or face denial of his application and dismissal of this case. The deadline to file an amended complaint has passed, and plaintiff has not filed anything with this court. Consequently, the court hereby ORDERS that:

1. Plaintiff's application to proceed in forma pauperis is DENIED;

2. This case is DISMISSED without prejudice; and

/ / /

/ / /

ORDER DENYING IN FORMA PAUPERIS
APPLICATION AND DISMISSING CASE
PAGE -1

3.  A copy of this Order shall be mailed to plaintiff.

DATED this _31st___ day of _____August_____, 2007.

*[signature]*

Marsha J. Pechman
U.S. District Judge

Recommended for Entry
this <u>31st</u> day of August, 2007.

s/ Mary Alice Theiler
United States Magistrate Judge

ORDER DENYING IN FORMA PAUPERIS
APPLICATION AND DISMISSING CASE
PAGE -2