# United States District Court

WESTERN DISTRICT OF WASHINGTON

JERRY L. WRIGHT,

      v.

KING COUNTY REGIONAL JUSTICE CENTER, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-952

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_xx_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    that, Plaintiff having failed to correct the deficiencies in his complaint as ordered, his IFP application is DENIED and this matter is DISMISSED without prejudice.

August 31, 2007

BRUCE RIFKIN
Clerk

__/s Mary Duett_____
By, Deputy Clerk